IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL P. SAYLOR** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **AUTOZONE DEVELOPMENT CORPORATION** | : | **NO. 07-2491** |

## ORDER

**AND NOW**, this 23rd day of September, 2010, upon consideration of the Motion for Summary Judgment of Defendant Autozone Development Corporation (Document No. 18), Plaintiff Michael P. Saylor's Motion for Summary Judgment (Document No. 19), the Joint Stipulation of Agreed-Upon Facts and Statement of Facts Upon Which the Parties Cannot Agree (Document No. 16), the responses to the motions, and the Order renewing the cross-motions (Document No. 34), it is **ORDERED** as follows:

1. The plaintiff Michael P. Saylor's motion is **GRANTED IN PART and DENIED IN PART**;

2. The defendant Autozone Development Corporation's motion for summary judgment is **GRANTED IN PART** and **DENIED IN PART**;

3. **JUDGMENT** is entered in favor of plaintiff Michael P. Saylor and against defendant Autozone Development Corporation in the amount of $10,000.

      /s/ Timothy J. Savage
TIMOTHY J. SAVAGE,  J.